```
                    FILED ____ LODGED
                    ____ RECEIVED

                    APR 19 2001

                    CLERK U S DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON AT TACOMA
              BY                                DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODERICK C. MANN,            ) | No. C00-5641FDB |
|                              ) | |
|           Plaintiff,         ) | RESPONSE TO ORDER TO |
|                              ) | SHOW CAUSE WHY CASE |
| vs                           ) | SHOULD NOT BE DISMISSED |
|                              ) | AND MOTION FOR EXTENSION |
| AMERICAN AIRLINES,           ) | OF TIME FOR SERVICE OF |
|                              ) | SUMMONS AND COMPLAINT |
|           Defendant.         ) | |
|                              ) | NOTE ON MOTION CALENDAR |
|                              ) | FOR FRIDAY, MAY 4, 2001 |

COMES NOW the Plaintiff herein, RODERICK C MANN, by and through his attorney of record, DOUGLAS R. CLOUD, and does hereby move the Court for an Order extending the time period in which to serve the Summons and Complaint on Defendant. This Motion is based upon the subjoined Declaration of RODERICK C MANN and the records and files herein

DATED this _____ day of April, 2001.

_____
DOUGLAS R. CLOUD, WSBA #13456
Attorney for Plaintiff

The undersigned hereby declares under penalty of

E WHY
ND MOTION
ICE

CV 00 05641 #00000005

**DOUGLAS R. CLOUD**
Attorney at Law
901 South "I" St , Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

5

perjury under the laws of the State of Washington as follows:

1. That I am the Plaintiff herein. I make this Declaration of my own personal knowledge.

2. That on or about October 30, 2000 I filed, pro se, an Employment Discrimination Complaint  I also prepared on a form a "Summons in a Civil Case".

3. That unfortunately, as a pro se litigant I was unaware of the requirements pursuant to FRCP 4(m) to serve the Summons and Complaint upon the Defendant in an action in Federal Court within 120 days  I have not yet done so

4. That upon receipt of the Order to Show Cause Why Case Should Not be Dismissed, which was filed herein on March 27, 2001, by the trial Judge herein, Franklin D Burgess, I immediately sought counsel. I sought a referral for an experienced employment attorney through the Tacoma-Pierce County Bar Association and had an appointment with Douglas R. Cloud on April 13, 2001. Mr. Cloud pointed out to me the necessity of requesting an extension of time to serve the Summons and Complaint in this action  I was unaware of the time limitations before that time. I promptly hired Mr. Cloud and authorized him to file a Motion for Extension of Time to Serve Summons and Complaint.

5 That if the Motion for Extension of Time is not granted, it is unlikely that I would be able to refile as

RESPONSE TO ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED AND MOTION
FOR EXTENSION OF TIME FOR SERVICE
OF SUMMONS AND COMPLAINT        2

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St , Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

```
 1   the case is potentially beyond the statute of limitations,
 2   if dismissed. Consequently, as a result of my being pro se
 3   and being unfamiliar with the Court Rules, and on the basis
 4   of the general policy of the Americans With Disabilities
 5   Act to provide relief to people intended to be remediated
 6   by that act, I ask the Court to grant additional time to
 7   serve AMERICAN AIRLINES, Defendant herein.
 8        6.   That I do not anticipate any significant delay in
 9   serving AMERICAN AIRLINES if the Court does allow such
10   service at this time as AMERICAN AIRLINES has a registered
11   agent locally upon whom service can be effectuated.
12        7    That I request an additional 30 days from the
13   date the proposed Order is signed to serve AMERICAN
14   AIRLINES, if the Order is signed. I also request a total
15   of 60 additional days to file a Joint Status Report to
16   allow sufficient time for AMERICAN AIRLINES to participate
17   in the preparation of the Joint Status Report.
18        Signed at ___TACOMA___, Washington this 17th
19   day of April, 2001.
```

                                    _____
                                    COURTNEY MANN

mann.mot

RESPONSE TO ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED AND MOTION
FOR EXTENSION OF TIME FOR SERVICE
OF SUMMONS AND COMPLAINT          3

**DOUGLAS R. CLOUD**
Attorney at Law
901 South "I" St., Ste. 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376