FILED _____ LODGED
_____ RECEIVED

APR 19 2001

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| RODERICK C. MANN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C00-5641FDB |
| | ) | |
| vs | ) | BRIEF IN SUPPORT OF |
| | ) | MOTION ALLOWING |
| AMERICAN AIRLINES, | ) | EXTENSION OF TIME TO |
| | ) | SERVE SUMMONS AND |
| Defendant. | ) | COMPLAINT |

## FACTS

The Complaint herein was filed on or about October 30, 2000. Plaintiff has not effectuated service of the Summons and Complaint on Defendant AMERICAN AIRLINES within the 120 days as required by CR 4(m) which reads in pertinent part as follows:

> (m) <u>Time Limit of Service.</u> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

**DOUGLAS R. CLOUD**
Attorney at Law
901 South "I" St., Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

CV 00-05641 #00000006

6

Thus, the applicable Court Rule gives the District Court discretion to extend the 120 day period of time within which a Summons is ordinarily required to be served. If the Court finds "good cause", then the Court has no discretion as the Rule commands that the Court "shall" extend the time for service for an appropriate amount of time.

Plaintiff would submit that good cause for the delay of service has been shown, but, nonetheless, even if good cause is not found, the Court does have discretion under the Court Rule to grant additional time to serve the Summons and Complaint.

It should be noted that the Complaint concerns an Americans With Disabilities Act complaint. It is the strong policy of the Americans With Disabilities Act that valid claims be resolved on the merits, not on procedural technicalities. Thus, Plaintiff does hereby respectfully request of the District Court that additional time, as requested in the Motion for Extension of Time, be granted to allow the Summons and Complaint herein to be served.

DATED this 19 day of April, 2001

*[signature]*

DOUGLAS R. CLOUD, WSBA #13456
Attorney for Plaintiff

mann brf

BRIEF IN SUPPORT OF MOTION
ALLOWING EXTENSION OF TIME TO
SERVE SUMMONS AND COMPLAINT    2

**DOUGLAS R. CLOUD**
Attorney at Law
901 South "I" St., Ste. 101
Tacoma, WA 98405
253-627-1505  Fax 253-627-8376