JUL 16 '01

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODERICK C. MANN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES,<br><br>    Defendant | No. C00-5641FDB<br><br>RESPONSE TO DEFENDANT'S<br>MOTION TO DISMISS |

## FACTS

Defendant ignores a crucial fact in making its Motion to dismiss. Prior to serving process, Plaintiff had already received additional time in which to serve the Complaint. The procedural aspects of this case are summarized as follows.

On July 31, 2000 a Notice of Right to Sue was issued to Plaintiff herein. A copy of said Notice of Right to Sue is attached hereto as Exhibit A and is incorporated herein fully by this reference.

On October 30, 2000 Plaintiff commenced the action herein by filing a Complaint pro se and being issued a Summons by the Clerk of the Court. Plaintiff did not serve

1

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St., Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

| | |
|---|---|
| 1 | the Complaint within the 120 day period required by FRCP |
| 2 | 4(m). Consequently, on March 27, 2001 the Court issued to |
| 3 | Plaintiff an Order to Show Cause Why Case Should Not be |
| 4 | Dismissed. |
| 5 |     Based upon that Notice, Plaintiff made prompt |
| 6 | arrangements to consult with counsel in the Tacoma area |
| 7 | and, in fact, retained counsel herein, Douglas R. Cloud. |
| 8 |     On or about April 19, 2001, Plaintiff, through his |
| 9 | counsel, filed a Response to Order to Show Cause Why Case |
| 10 | Should Not be Dismissed and Motion for Extension of Time |
| 11 | for Service of Summons and Complaint and Proposed Order |
| 12 | By Minute Order dated May 8, 2001 the Court granted |
| 13 | Plaintiff 30 additional days to serve Defendant, stating |
| 14 | that service should be completed not later than June 8, |
| 15 | 2001. A copy of the Court's Order to that effect is |
| 16 | attached as Exhibit B and is incorporated herein fully by |
| 17 | this reference. |
| 18 |     On or about May 30, 2001 Plaintiff herein, by and |
| 19 | through his attorney of record, filed an Amended Complaint |
| 20 | and the Court issued the Summons. Service was accomplished |
| 21 | on June 4, 2001. A copy of the Declaration of Service is |
| 22 | attached as Exhibit C and is incorporated herein fully by |
| 23 | this reference |
| 24 |     It appears that Defendant's claim of "prejudice" as a |
| 25 | result of the purported late service of the Summons and |
| 26 | Complaint has been withdrawn. (See, Defendant's Addendum) |
| 27 | |

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS      2

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St., Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

1  Defendant's counsel now states that the EEOC investigative
2  file has <u>not</u> been destroyed and is available to both
3  parties  Thus, Defendant's claim of prejudice in their
4  opening Brief as a result of the purported destruction of
5  the EEOC investigative file has been withdrawn.

### RELIEF REQUESTED

7  Denial of Defendant's Motion to Dismiss.

### ISSUE

9  Has service been timely effectuated?

### LEGAL ARGUMENT

11  It is Plaintiff's contention that he has fully
12  complied with FRCP 4(m) because, pursuant to the rule, he
13  requested additional time to serve the Summons and
14  Complaint and his Motion was granted.  He complied with the
15  Court's Order in response to his Motion for Extension of
16  Time and, thus, the case herein has been validly commenced

17  FRCP 4(m) reads as follows:

> Time Limit for Service.  If service of the
> summons and complaint is not made upon the
> defendant within 120 days after filing the
> complaint the court, upon motion or on its own
> initiative after notice to the plaintiff, shall
> dismiss the action without prejudice as to that
> defendant or direct that service be effectuated
> within the specified time, provided that if the
> plaintiff shows good cause for the failure, the
> court shall extend the time for service for an
> appropriate period.  This subdivision does not
> apply to service in a foreign country pursuant to
> subdivision (f) or (j)(1).

25  The United States Supreme Court has indicated that the
26  1993 amendment to the rules which resulted in the adoption

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS                    3

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St, Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

by the Federal Courts of FRCP 4(m) resulted in the District Court's having discretion to enlarge the 120 period, even if there is no good cause shown. Henderson v. U.S., 116 S.Ct. 1638, 1643, 517 U.S. 654, 661, 134 L Ed.2d 880 (1996) (Ginsberg, J. citing advisory committee's notes on Federal Rule of Civil Procedure 4, 28 U.S.C. App., p 654).

The Ninth Circuit has apparently formed the same conclusion as the Supreme Court, i.e., that FRCP 4(m) allows the Court to grant the plaintiff additional time to serve the complaint even if good cause has not been shown. See, De Tie v. Orange County, 152 F 3d 1109 at 1111, footnote 5 (9th Cir 1998).[1]

A possible reason for granting additional time to the Plaintiff is the reason cited by the Ninth Circuit in the above-referenced footnote of the possibility that if the motion to dismiss is granted, the statute of limitations would bar the refiled action. That is the case in the

---

[1] The footnote cited states as follows

If no good cause is shown, the 1993 amendments to Rule 4(m) permit, but do not require, the district court to extend the time for service. See Fed.R.Civ.P. 4, advisory committee note to 1993 amendments, subdivision m  Such discretionary relief may be justified "if the applicable statute of limitations would bar the refiled action." Id. Our conclusion that De Tie established good cause entitling him to mandatory relief makes it unnecessary to address the contention that the district court failed to consider discretionary relief.

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS            4

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St., Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

1 | present matter.

2 | Thus, whether or not the Court had good cause to grant
3 | additional time in which to serve the Complaint, the fact
4 | of the matter is, the Court doesn't need good cause to
5 | grant the Motion  In this case, the District Court has
6 | already exercised its discretion and because the discretion
7 | was properly exercised, i.e , either by the showing of good
8 | cause or by the exercise of the Court's discretion in the
9 | absence of good cause, the District Court made the correct
10 | ruling.

11 | Therefore, Defendant's Motion to Dismiss should be
12 | denied.  To do otherwise would result in a permanent bar to
13 | Plaintiff's cause of action which, according to the
14 | advisory notes of the committee that recommended the
15 | adoption of FRCP 4(m), would be inappropriate.

16 | The Court's discretion in deciding whether or not to
17 | grant additional time in which to serve the Complaint
18 | remains even if "good cause" is not shown   See, Slabov v.
19 | Merriot International, Inc., 990 F Supp. 566 (D.C. Ill.
20 | 1998) and Goodstein v. Bombadier Capital, Inc , 167 FRD 662
21 | (D. Vt. 1996).

22 | Had Plaintiff not made his request pursuant to FRCP
23 | 4(m), perhaps Defendant's argument would have more merit.
24 | In fact, that is the factual distinction between the
25 | present case and those cases cited by Defendant upon which
26 | they seem to be primarily relying, i.e , Ocasio v Fashion
27 |

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS                5

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St , Ste 101
Tacoma,WA 98405
253-627-1505 Fax 253-627-8376

Institute of Technology, 86 F Supp. 3d 371, 376 (S D. NY 2000) and Amnay v Dell Labs, 117 F Supp. 3d 283, 287 (E.D NY 2000).

In both Ocasio and Amnay, supra, it appears that the plaintiff did not make the requisite Motion for Extension of Time pursuant to FRCP 4(m) that Plaintiff did in this case. Therefore, there is an important factual distinction in those holdings that Defendant has not noted. Thus, Defendant is essentially asking the Court to reconsider and reverse the earlier Order allowing additional time in which to serve the Complaint pursuant to FRCP 4(m). In that the Court has already properly exercised its discretion on that issue, it is inappropriate for the decision to be reconsidered.

In regard to the Amended Complaint, it is Plaintiff's contention that the Amended Complaint was properly filed and served pursuant to FRCP 15, which reads in pertinent part as follows:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the parties may so amend it at any time within 20 days after it is served

The Amended Complaint was filed before the responsive pleading (the Answer) was due as Defendant had not been served yet. In any event, the original Complaint and the Amended Complaint were both served on Defendant at the same

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS             6

**DOUGLAS R. CLOUD**
**Attorney at Law**
901 South "I" St , Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

time.

## PRAYER FOR RELIEF

It is Plaintiff's contention that he has fully complied with the Court rules regarding service and service of the Amended Complaint and therefore, Defendant's Motion to Dismiss should not be granted.

Respectfully submitted this 16 day of July, 2001.

_____
DOUGLAS R. CLOUD, WSBA #13456
Attorney for Plaintiff

DECLARATION OF SERVICE

On this day the undersigned sent to the attorneys of record herein a copy of this document by U.S. mail, postage prepaid, and/or by attorney's messenger service and/or by facsimile.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: July 16, 2001
PLACE: Tacoma, WA
NAME: _____

mann obj

RESPONSE TO DEFENDANT'S
MOTION TO DISMISS                    7

DOUGLAS R. CLOUD
**Attorney at Law**
901 South "I" St, Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

# NOTICE OF RIGHT TO SUE

To   Roderick C Mann  
717 North C Street  
Tacoma, WA 98403

From   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Dallas District Office  
207 S Houston  
Dallas, Texas 75202

[ ]   On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR s 1601 7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 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 | Suzanne M Anderson | (214) 655-3337 |

(See the additional information attached to this form)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON

[ ]   The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ]   Respondent employees less than the required number of employees

[ ]   Your charge was not timely filed with the Commission, i e , you waited too long after the date(s) of the discrimination you alleged to file your charge Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge You have had more than 30 days in which to respond to our final written request

[ ]   The Commission has made reasonable efforts to locate you and has been unable to do so You have had at least 30 days in which to respond to a notice sent to your last known address

[ ]   The Respondent has made a reasonable settlement offer which affords full relief for the harm you alleged At least 30 days have expired since you received actual notice of this settlement offer

[ ]   The Commission has concluded that, based on the evidence presented, there is insufficient basis on which to proceed with the investigation The charge is therefore dismissed

[X]   Other (briefly state)_ The Commission has declined to take further action in this matter

## - NOTICE OF SUIT RIGHTS -

[X]   **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE You have the right to sue the Respondent(s) named in your charge in U S District Court If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ]   **Age Discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge If you want to pursue your charge further, you have the right to sue the Respondent(s) named in your charge in U S District Court If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ]   **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the EPA underpayment

I certify that this notice was mailed on the date set out below,

JUL 3 1 2000

Date Mailed

On behalf of the Commission

Brian B McGovern, Acting District Director

EEOC Form 161

EXHIBIT A

FILED
LODGED
RECEIVED
MAY 08 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODERICK C. MANN, | C00-5641FDB |
| Plaintiff, | |
| vs | MINUTE ORDER |
| AMERICAN AIRLINES, | |
| Defendant | |

NOW, on this 84th day of May 2001, the Court directs the Clerk to enter the following Minute Order.

Plaintiff's Motion For Extension of Time is granted   Plaintiff shall complete service no later than June 8, 2001   The parties shall confer and provide the Court with a Joint Status Report (following the format in the Order of November 1, 2000) no later than July 9, 2001

The foregoing Minute Order entered at the direction of the Honorable **FRANKLIN D. BURGESS**, United States District Judge.

B. Kay McDermott
Courtroom Deputy

EXHIBIT B



# IN THE
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

CAUSE NO **C00-5641FDB**

**RODERICK C MANN**

Declaration Of Service Of

Plaintiff/Petitioner

**vs**
**AMERICAN AIRLINES**

**SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, EMPLOYMENT DISCRIMINATION COMPLAINT**

Defendant/Respondent | Hearing Date

## DECLARATION

The undersigned hereby declares That s(he) is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein

On the date and at the time of **Jun 4 2001 11 50AM**  at the address of **520 PIKE ST SUITE 2610**

**SEATTLE**  within the county of **King**  state of **WA**, the declarant duly served the above described documents upon

**AMERICAN AIRLINES**

by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with
**T SMITH SECRETARY IN THE OFFICE OF CT CORP, REGISTERED AGENT**

The documents listed above were served in accordance with RCW 4 28 080 and/or client instructions If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC immediately in writing, if further attempts to serve, serve by mail, or investigate are required If service was substituted on another person, pursuant to RCW 4 28 080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made Documents were not mailed by ABC

No information was provided or discovered that indicates that the subjects served are members of the U S military

I HEREBY DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE STATE OF WASHINGTON
THAT THE FOREGOING IS TRUE AND CORRECT

DATED **Jun 6 2001** IN Seattle, WA by
P Nolan
KCR#9300978

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10 00 | Investigations | | Special | 0 00 | |
| Travel | 7 00 | Secretarial | 0 00 | Wait/Stake Out Time | 0 00 | |
| Bad Address 0 | 0 00 | Postage | 0 00 | Other | 0 00 | **Process Regular** |
| Proof Preparation | 7 00 | Photo | 0 00 | Total | 24 00 | |
| Summons Copy | 0 00 | Notary | 0 00 | Pre-Paid Retainer Amount Due | 0 00 | |

**Service Notes**  License Plates

ORIGINAL SENT
JUN 0 7 2001
FOR FILING

EXHIBIT C

Client Ref # **CLOUD/TERRI**

Cloud, Douglas R
901 S. 'I' St, #101
Tacoma, WA  98405

(253) 627-1505

**CLIENT COP**
**- PROOF of SERV**

ABC Legal Services, Inc 910 5th Ave  Seattle, WA  98104

```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
 8                             AT TACOMA

 9   RODERICK C. MANN,            )
                                  )
10              Plaintiff,        )    No  C00-5641FDB
                                  )
11   vs.                          )
                                  )    DECLARATION OF SERVICE
12   AMERICAN AIRLINES,           )
                                  )
13              Defendant.        )
```

The undersigned hereby declares under penalty of perjury under the laws of the State of Washington as follows.

I am over the age of eighteen years and not a party to this action.

On July 16, 2001 I served a copy of the Response to Defendant's Motion to Dismiss in the above referenced matter on Defendant AMERICAN AIRLINES by facsimile transmission on that date to JAMES G ZISSLER at the facsimile number of 206-447-4965 and by delivering a copy of the document listed above into the hands of a messenger service with the instructions to deliver said document to JAMES G. ZISSLER at 999 Third Avenue, Suite 3900, Seattle,

DECLARATION OF SERVICE            1

| | |
|---|---|
| 1 | WA 98104. The facsimile transmission was reported as |
| 2 | complete and without error. A copy of the transmission |
| 3 | report, properly issued by the transmitting machine, is |
| 4 | attached |
| 5 | Signed at Tacoma, Washington this 16th day of July, 2001 |
| 6 | |
| 7 | |
| 8 | _____<br>TERESA J. PENCE |
| 9 | mann cert |

DECLARATION OF SERVICE        2

DOUGLAS R. CLOUD
**Attorney at Law**
901 South "I" St., Ste 101
Tacoma, WA 98405
253-627-1505 Fax 253-627-8376

TRANSMISSION VERIFICATION REPORT

TIME : 07/16/2001 15:46

```
DATE,TIME           07/16 15:40
FAX NO./NAME        12064476965
DURATION            00:06:00
PAGE(S)             13
RESULT              OK
MODE                STANDARD
                    ECM
```